UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

David Shedwick,

    Petitioner,                              Case No. 2:13–cv–970

    v.                                        Judge Michael H. Watson
                                             Magistrate Judge Kemp

Warden, Lebanon Correctional
Institution,

    Respondent.

## OPINION AND ORDER

On May 27, 2014, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed. ECF No. 12. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed. Accordingly, the Court **ADOPTS** and **AFFIRMS** the *Report and Recommendation*. This action is hereby **DISMISSED**.

    **IT IS SO ORDERED.**

/s/ Michael H. Watson
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT